CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LONDINA, LLC, a California Limited Liability Company; GRUPO JARAMILLO A. INC., a California Corporation<br><br>　　　　Defendants. | **Case:** 5:21-cv-02946-SVK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Grupo Jaramillo A. Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 14, 2021　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff